# EXHIBIT A



**CT Corporation**
Service of Process Notification
08/30/2023
CT Log Number 544622360

## Service of Process Transmittal Summary

**TO:** Lina Donskaya, Litigation Legal Assistant
STARR INSURANCE HOLDINGS, INC.
399 Park Avenue, 9th Floor
New York, NY 10022

**RE:** Process Served in Louisiana

**FOR:** STARR SURPLUS LINES INSURANCE COMPANY (Domestic State: TX)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | KINGS HIGHWAY CHRISTIAN CHURCH OF SHREVEPORT, LOUISIANA vs. STARR SURPLUS LINES INSURANCE COMPANY |
| **CASE #:** | 645645 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 08/30/2023 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification, Lina Donskaya  Lina.Donskaya@starrcompanies.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125





9489 0090 0027 6568 6763 70

BATON ROUGE LA 707
29 AUG 2023



US POSTAGE PITNEY BOWES

ZIP 70802
02 4W
0000382746 AUG 29 2023

$005.22



SS104 (R 06/18)

70816-437899

# State of Louisiana
## Secretary of State

08/29/2023

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STARR SURPLUS LINES INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 645645
1ST JUDICIAL DISTRICT COURT
CADDO PARISH

KINGS HIGHWAY CHRISTIAN CHURCH OF SHREVEPORT LOUISIANA
vs
STARR SURPLUS LINES INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  B GARAFOLA

Date: 08/28/2023
Title: DEPUTY SHERIFF

No: 1297430



DB

# Citation

KINGS HIGHWAY CHRISTIAN CHURCH OF         NO. 645645- A
SHREVEPORT LOUISIANA
   VS                                      STATE OF LOUISIANA
STARR SURPLUS LINES INSURANCE COMPANY      PARISH OF CADDO
                                           FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    STARR SURPLUS LINES INSURANCE COMPANY
                               THRU HONORABLE SECRETARY OF STATE
                               BATON ROUGE, LA 70809

                                    SERVED ON
                                    R. KYLE ARDOIN

                                    AUG 2 8 2023

                                    SECRETARY OF STATE
                                    COMMERCIAL DIVISION

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) days, a judgment may be entered against you. Please be aware of Act 174 of the 2021 regular session of the Louisiana Legislature which changed delays for answering. The full text of this bill can be found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date August 17, 2023.

*Also attached are the following:            MIKE SPENCE, CLERK OF COURT

                                             By: _____
                                                         Deputy Clerk


                                             _____
                                                     DAVID H HANCHEY
                                                         Attorney

                                             A TRUE COPY - - ATTEST

                                             _____
                                                         Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

| | | |
|---|---|---|
| KINGS HIGHWAY CHRISTIAN CHURCH OF SHREVEPORT, LOUISIANA | : | 1st JUDICIAL DISTRICT COURT |
| VS. NO. 645,645, DIV A | : | PARISH OF CADDO |
| STARR SURPLUS LINES INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: _____ | : | _____ DEPUTY CLERK OF COURT |

## PETITION

The Petition for Damages of Kings Highway Christian Church of Shreveport, Louisiana ("Kings Highway"), a Louisiana non-profit religious corporation, respectfully represents:

1.

Made defendant herein is Starr Surplus Lines Insurance Company ("Starr"), a foreign insurance company domiciled in the State of Illinois, which is authorized to do and doing business in the State of Louisiana and may be served through its agent for service of process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

At all times pertinent herein, Kings Highway was the owner of an historic church located at 806 Kings Highway, Shreveport, Louisiana 71104 ("the Church").

3.

On August 18, 2021, lightning struck the Church ("the lightning strike"), which started a fire and caused significant damage to the Church's roof, sanctuary, interior, and personal property located within the Church.

4.

At the time these damages were sustained due to the lightning strike and fire, Kings Highway had in full force and effect a policy of insurance with Starr providing coverage for all losses sustained by Kings Highway to the Church's roof, sanctuary, interior, and personal property, as well as for extra expenses, debris removal, and other losses.

1

Caddo Parish
Filed Aug 17, 2023 8:16 AM
Sharon Newton
Deputy Clerk of Court
E-File Received Aug 17, 2023 8:13 AM

645645
A

$400.00

5.

Shortly after the lightning strike and fire, Kings Highway reported its losses to Starr resulting from the lightning strike and fire, and Kings Highway made a claim for payment of those losses.

6.

Shortly after Kings Highway reported its losses to Starr, adjusters and other professionals retained and/or employed by Starr inspected the losses of the Church and made an estimate of those losses. The adjusters and other professionals were provided with full access to the Church and had a full opportunity to inspect the Church and its personal property to fully determine Kings Highway's losses caused by the lightning strike and fire and to include those in its estimate of those losses.

7.

The losses to the Church and its personal property caused by the lightning strike and fire greatly exceed the amounts estimated and paid by Starr to date.

8.

Kings Highway is entitled to recover from Starr the full cost of repair, refurbishing and/or restoration of the Church, its fixtures, and personal property less Starr's payments made to date in accordance with the insurance coverage Kings Highway purchased from Starr.

9.

Kings Highway is also entitled to recover for unpaid and/or underpaid personal property, extra expenses, debris removal, and any other applicable losses in accordance with the insurance coverages Kings Highway purchased from Starr.

WHEREFORE, petitioner, Kings Highway Christian Church of Shreveport, Louisiana, prays that, after due proceedings are had, that there be a judgment rendered herein in petitioner's favor and against defendant, Starr Surplus Lines Insurance Company for the full amounts due under the terms of the coverages provided by defendant's insurance policy, for such other damages as are reasonable in the premises and would reasonably and justly compensate petitioner in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs,

2

and for any and all other general and equitable relief that may be appropriate.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____
DAVID H. HANCHEY, Bar Roll #19927
HANNAH E. MAYEAUX, Bar Roll #39275
3102 Enterprise Boulevard
Lake Charles, LA 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577
Email: david@townsleylawfirm.com
jboone@townsleylawfirm.com
ATTORNEYS FOR KINGS HIGHWAY CHRISTIAN
CHURCH OF SHREVEPORT, LOUISIANA

PLEASE SERVE:

STARR SURPLUS LINES INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

ENDORSED FILED
SHARON NEWTON, DEPUTY CLERK
AUG 17 2023
A TRUE COPY ATTEST
CADDO PARISH DEPUTY CLERK

3